THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARLENE WARREN, Defendant-Appellant.

(No. 56120; ▮▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—December 10, 1973.

398

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago (Marilyn Dershem Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.